**FILED**

JUL - 3 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHASE CARMEN HUNTER,             )
                                 )
         PLAINTIFF/APPELLANT,    )     Case No. 1:14-cv-00707-UNA
                                 )
         v.                      )     USCA No. 14-5149
                                 )
BARACK HUSSEIN OBAMA, II         )     VERIFIED DESIGNATION OF RECORD
                                 )
IN HIS OFFICIAL CAPACITY AS      )
                                 )
PRESIDENT OF THE UNITED          )
                                 )
STATES OF AMERICA,               )
                                 )
         DEFENDANT/APPELLEE.     )
                                 )
_____)

**VERIFIED DESIGNATION OF RECORD**

The Plaintiff/Appellant filed various notices and motions ("Documents") in the United States District Court for the District of Columbia ("USDCDC") in this case that were not docketed for reasons unknown.

The Plaintiff/Appellant therefore designates the following Documents to be included in the record on appeal. The Plaintiff/Appellant has attached proof that the Plaintiff/Appellant received from the clerk of the USDCDC that shows that the Documents were received by the Clerk of the USDCDC. The USDCDC docket which is also attached proves that these Documents were not docketed. The list of Documents is



RECEIVED
Mail Room

JUL - 3 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

shown below. I, Chase Carmen Hunter, the Plaintiff/Appellant, state under penalty of perjury that I am have also attached true and correct copies of the corresponding Documents.

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Motion For CM/ECF Password
2. Motion For Court Appointed Counsel
3. Second Motion For CM/ECF Password
4. Motion For Relief From Order Dated April 8, 2014
5. Memorandum In Support Of Motion For Relief From Order Dated April 8, 2014
6. Notice Pursuant To FRAP 24(c)
7. Notice Pursuant To FRAP 10(b)(1)(B)
8. Plaintiff's Notice Of Address Change

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

Respectfully Submitted,

*[signature]*

Chase Carmen Hunter
PO Box 42252

Fredericksburg, VA 22404
Phone: 707-706-3647
Fax: 703-997-5999
Chase_Hunter@Yahoo.com
Plaintiff/Appellant, pro se

I hereby certify that a copy of this designation, with docket sheet attached, was ~~mailed~~ served on the Defendant/Appellee and the clerk of the court of appeals on 6/30/2014.

Signature: _[signed]_

### VERIFICATION

I, Chase Carmen Hunter, HEREBY VERIFY, under penalty of law and penalty of perjury, that the facts in the above Verified Designation of Record are true and accurate. **WHEREFORE** the Plaintiff/Appellant respectfully enters her testimony into this record.

_[signed]_  6/30/14
Chase Carmen Hunter      Date